IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DARLENE AARON**                                                                             **PLAINTIFF**

**V.**                                       **CASE NO.  4:11CV00512 JMM**

**ST. VINCENT INFIRMARY**                                                              **DEFENDANT**

### ORDER TO SHOW CAUSE

On June 23, 2011, the Plaintiff filed her Complaint against Defendant alleging violation of Title VII.  On July 31, 2012, the Court issued a Show Cause Order directing Plaintiff , on or before, August 15, 2012, to show cause why her complaint should not be dismissed for failure to complete service of process on Defendant.  Plaintiff has failed to respond to the Court's Order.

Based upon Plaintiff's failure to complete service of process on Defendant her complaint is dismissed without prejudice.  *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED THIS   17    day of   August  , 2012.

James M. Moody
United States District Judge